UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

RECEIVED
DEC 27 2001
JUDGE TUNHEIM
CHAMBERS

CIVIL FILE NO. 01-52JRT/FLN

---

Michael Blaylock,

Plaintiff,

vs.

***STIPULATION OF DISMISSAL WITH PREJUDICE***

James J. Hynes,

Defendant.

---

The above-entitled action, having been fully compromised and settled, **IT IS HEREBY STIPULATED** by and between the parties thereto through their undersigned attorneys that the same may be, and it hereby is, dismissed on its merits and with prejudice but without costs or disbursements to any of the parties.

**IT IS FURTHER STIPULATED** that without further notice a judgment of dismissal with prejudice and upon the merits, and without costs or disbursements to any of the parties may be entered herein.

JARDINE, LOGAN & O'BRIEN, P.L.L.P.

BY: ______________________
JAMES J. GALMAN (#33297)
MARLENE S. GARVIS (#164028)
444 Cedar Street
Suite 2100
St. Paul, MN 55101
651-290-6500
Attorneys for Plaintiff

DATED: December ~~18~~ 26, 2001

MOSS & BARNETT
A PROFESSIONAL ASSOCIATION

BY: ______________________
WILLIAM A. CUMMING (#175067)
ANTHONY A. DORLAND (#302740)
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
612-347-0300
Attorneys for Defendant

DATED: 12-26-__________, 2001

FILED ______________
RICHARD D. SLETTEN, CLERK
JUDGMENT ENT'D ______________
DEPUTY CLERK ______________

***ORDER***

**IT IS ORDERED** that judgment be entered in accordance with the foregoing Stipulation.

DATED: Dec. 27, 2001

THE HONORABLE JOHN R. TUNHEIM